```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09372
   ALONZO THAMES
   WYVONNE D THAMES                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7414     SSN XXX-XX-7733

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/02/2006 and was confirmed 10/25/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    27148.10           .00       6020.00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED          .00           .00
EMC MORTGAGE CORPORATION  CURRENT MORTG         .00           .00           .00
EMC MORTGAGE CORPORATION  MORTGAGE ARRE    6945.13            .00       6945.13
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00           .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    4921.32            .00       4921.32
CAPITAL ONE               UNSECURED         606.16            .00        397.04
DEPENDON COLLECTION SE    UNSECURED        NOT FILED          .00           .00
NICOR GAS                 UNSECURED        1250.57            .00        819.14
CAPITAL ONE               UNSECURED             .00           .00           .00
CITIMORTGAGE INC          UNSECURED             .00           .00           .00
CAPITAL ONE               UNSECURED         595.98            .00        390.37
GE MONEY BANK/QVC         UNSECURED         131.87            .00         86.38
NELLA E MARIANI           DEBTOR ATTY      1,912.50                     1,912.50
TOM VAUGHN                TRUSTEE                                       1,391.56
DEBTOR REFUND             REFUND                                        2,504.26

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 25,387.70

PRIORITY                                            .00
SECURED                                       17,886.45
UNSECURED                                      1,692.93
ADMINISTRATIVE                                 1,912.50
TRUSTEE COMPENSATION                           1,391.56
DEBTOR REFUND                                  2,504.26
                       --------------        --------------
TOTALS                  25,387.70              25,387.70


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 09372 ALONZO THAMES & WYVONNE D THAMES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE